ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Gerald A. KELLOGG, Plaintiff–
Appellant,

v.

NIKE, INC. and Nike USA,
Inc., Defendants–Cross
Appellants.

Nos. 2010–1173, 2010–1174,
2010–1195, 2010–1196.

United States Court of Appeals,
Federal Circuit.

July 11, 2011.

Mark J. Peterson, Stinson Morrison Hecker, LLP, of Omaha, NE, argued for plaintiff-appellant. With him on the brief was Nora M. Kane. Of counsel on the brief were G. Thomas Williams and Mary C. Bonnema, McGarry Bair PC, of Grand Rapids, MI.

B. Trent Webb, Shook, Hardy & Bacon, L.L.P., of Kansas City, MO, argued for defendants-cross appellants. With him on the brief were Bart A. Starr, Jonathan N. Zerger and Angel D. Mitchell.

RADER, Chief Judge, NEWMAN, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

George PIECZENIK, Plaintiff–
Appellant,

v.

BAYER CORPORATION, Bayer Cropscience (New Jersey) Inc., Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare, LLC, Bayer Materialscience LLC, Bayer Pharma Chemicals Inc., and Schering Berlin Inc., Defendants–Appellees,

and

Astrazeneca LP, Astrazeneca Pharmaceuticals LP, Aventis Inc., Aventis Pharmaceuticals Inc., Boehringer Ingelheim Vetmedica, Inc., Boehringer Ingelheimroxane, Inc., Medimmune LLC, Novartis Corporation, Novartis, Pharmaceutical Corporation, Novartis Vaccines and Diagnostics, Inc., Sanofi Aventis U.S. Inc., Sanofi–Aventis U.S. LLC, Siemens Corporation, Siemens Diagnostics Finance Co. LLC, Siemens Healthcare Diagnostics Inc., and Siemens Medical Solutions USA, Inc., Defendants–Appellees,